UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ILIA CHAROV, DAVID WYNN MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK; MERS; ONEWEST BANK, FSB,<br><br>Defendants. | 2:11-CV-00348-PMP-PAL<br><br>**ORDER** |

May 3, 2011, Defendants filed a Motion to Dismiss Plaintiffs' Complaint (Doc. #10). Although advised of their obligation to do so by the Court's Order entered May 4, 2011 (Doc. #11), Plaintiffs have failed to file a timely response to Defendants' Motion to Dismiss. As a result, Plaintiffs consent to the granting of Defendants' Motion to Dismiss pursuant to the Court's Local Rule of Practice. Moreover, a review of Defendants' motion to dismiss shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants filed a Motion to Dismiss Plaintiffs' Complaint (Doc. #10) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiffs Ilia Charov and David Wynn Miller.

DATED: May 23, 2011.

_[signature]_
PHILIP M. PRO
United States District Judge